AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

2064823

| United States of America | ) |
| v. | ) |
| Lonny L. Bristow | ) Case No. 1:13 MJ 2036 |
|  | ) |
|  | ) |
|  | ) |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Lonny L. Bristow,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Title 18 U.S.C. Section 844(e) - Explosive Materials - Willfully Making a Threat and Maliciously Conveying False Information

Date: 03/20/2013

*Issuing officer's signature*

City and state: Cleveland, Ohio

Kenneth S. McHargh, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 3/20/13, and the person was arrested on *(date)* 3/21/13
at *(city and state)* MANSFIELD, OH.

Date: 3/21/13

*Arresting officer's signature*

ANTHONY R. GARDNER, DUSM
*Printed name and title*

ORIGINAL
Executed & Return